## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,     :

                                 :

v.                               :

                                 :     Case No.: 7:22-CR-24 (WLS-TQL)

                                 :

FRANK McDONALD, JR.,       :

                                 :

                                 :

       Defendant.            :

                                 :

## <u>ORDER</u>

Previously, the Court provided the Parties with notice that this case was scheduled for pretrial conference on October 19, 2022, at 3:00 p.m. and for trial on Monday, November 21, 2022 (Doc. 19).  In the event the case is not ready for trial, the Parties were ordered to file a motion to continue at least two days prior to the date of the noticed pretrial conference.  (*Id.*) The United States timely filed an Unopposed Motion to Continue Trial in the Interests of Justice (Doc. 20) ("Motion") stating that the Government recently provided discovery to the defense and that counsel for the Defendant needs additional time to review the discovery, conduct any required investigation, and/or negotiate a potential resolution of the case. Counsel for the Government requests that the Court continue the trial in this case to the next Valdosta trial term so Defendant's counsel can review the discovery and assess whether further discovery is necessary, prepare for trial, file any motions deemed appropriate,  and the Parties can complete any plea negotiations aimed at possible resolution of the matter.  The Government's counsel further states that she has communicated with Defendant's counsel, who does not oppose the motion to continue.

Based on the Government's stated reasons and the fact that Defendant does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 19) is **GRANTED**.  The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2023 term and its conclusion, or as may otherwise be ordered by the Court.  Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The October 19, 2022 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 11th day of October 2022.

/s/ W Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**