# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-24 WLS |
| FRANK MCDONALD, JR., | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

    Before the Court is the Defendant's Unopposed Motion for Continuance in the Interest of Justice (Doc. 23) ("Motion"). Therein, Defense Counsel requests a continuance of the trial from the February 2023 trial term to the next available Valdosta trial term. Counsel states she needs additional time to investigate potential defenses. In addition, Defense Counsel received a plea agreement in this case on December 7, 2022, and she needs time to review the plea agreement and sentencing guidelines calculations with Defendant. Counsel advised that Government's counsel does not oppose the continuance.

    Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 23) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, through the conclusion of the Valdosta May 2023 trial term,[1] be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial

---

[1] Counsel's Motion requests that all days from the date of this Order to the *beginning* of the next trial term be excluded from the calculation of the Speedy Trial date. Counsel is aware that on the parties' motion to continue criminal trials this Court's practice is to continue trials through the conclusion of the trial term.

1

in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 14th day of December 2022.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**